The West Side Trust and Savings Bank, appellant, v. Liquid Carbonic Corporation and Drexel Ice Cream Company, appellees. Gen. No. 38,040.

Opinion filed December 30, 1935.

Lowes & Lowes, for appellant. John O. Wagner, for certain appellee. Soelke, Koehn & Loewy, for certain other appellee.

- Mr. Justice Friend delivered the .opinion of the court.

Anne Stoneberg, appellee, v. Richard H. Spoo, appellant. Gen. No. 38,069.

Opinion filed December 30, 1935.

Lederer, Livingston, Kahn & Adler, for appellant; Harry H. Kahn and Archie H. Siegel, of counsel. Krohn & MacDonald, for appellee; Stuart B. Krohn and Ian P. MacDonald, of counsel.

Mr. Justice Friend delivered the opinion of the court.

Marie Larsen, complainant, v. Samuel Fox et al., defendants. W. O. Dicus, appellant, v. Marie Larsen and Otto C. Rentner, appellees. Gen. No. 38,082.

Opinion filed December 30, 1935.

Louis Jaffe, for appellant. Henry F. Antes, for certain appellee.

Mr. Justice Friend delivered the opinion of the court.

The Minute Freezer Corporation, plaintiff in error, v. Alliance Casualty Company, defendant in error. Gen. No. 38,093.

Opinion filed December 30, 1935.

Bernard J. Brown, for plaintiff in error. Wendell H. Shanner, for defendant in error; Charles Laughlin, of counsel.

Mr. Justice Friend delivered the opinion of the court.